**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-50199 |
| | § | |
| ARTHUR S. LITTLEFIELD, III | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/24/2012. The undersigned trustee was appointed on 12/24/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                  $21,097.01

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $68.01 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $21,029.00 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/01/2013 and the deadline for filing government claims was 08/01/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,859.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,859.70, for a total compensation of $2,859.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/21/2013          By:   /s/ David E. Grochocinski
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 12-50199-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | | Date Filed (f) or Converted (c): | 12/24/2012 (f) |
| For the Period Ending: | 10/21/2013 | | §341(a) Meeting Date: | 02/05/2013 |
| | | | Claims Bar Date: | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1212 Banbury Circle Naperville, IL 60540 | $400,000.00 | $20,655.00 | | $0.00 | FA |
| 2  Cash on hand | $300.00 | $0.00 | | $0.00 | FA |
| 3  Naperville Bank & Trust, checking, xxxxxx6421 | $65.97 | $65.97 | | $0.00 | FA |
| 4  (3) televisions, (2) dvd players, (2) tv stands, coolers, outdoor furniture, storage racks, King bed, dresser, nite stands, bookshelf, recliner, pants press, (3) twin beds, (2) dressers, (2) nite stands, floor lamps, couch, (2) side chairs, (2) pull-up chairs, coffee table, (2) end tables, (2) lamps, (3) chinese hangings, table, lamp, mirror, dining room table + chairs, breakfront, roll top desk, misc rugs, pots, pans, kitchen utensils, stereo, couch & love seat, refrigerator, dishwasher, stove, microwave, washer, dryer, snowblower, lawnmower, wheelbarrow, generator, banquet tables, deck construction equipment, patio furniture, bird feeders, giant ladder | $4,710.00 | $2,010.00 | | $0.00 | FA |
| 5  misc books, oil painting, misc artwork, glass, misc Baccarat Crystal pieces, autographed hockey jerseys (Steve Yzerman, Wayne Gretzky, Paul Coffey) | $2,265.00 | $1,265.00 | | $0.00 | FA |
| 6  necessary wearing apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 7  2 watches, misc cufflinks | $200.00 | $200.00 | | $0.00 | FA |
| 8  misc Christmas decorations | $970.00 | $970.00 | | $0.00 | FA |
| 9  golf clubs | $75.00 | $75.00 | | $0.00 | FA |
| 10  misc handguns, shotguns, gun safe | $850.00 | $850.00 | | $0.00 | FA |
| 11  stairmaster, treadmill, free weights | $320.00 | $320.00 | | $0.00 | FA |
| 12  Northwestern Mutual Life, xxxx6654, life policy, (Pursuant to Judgment for Dissolution of Marriage, pledged for children's college expenses) | $19,424.00 | $0.00 | | $21,097.01 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 12-50199-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | Date Filed (f) or Converted (c): | 12/24/2012 (f) |
| For the Period Ending: | 10/21/2013 | §341(a) Meeting Date: | 02/05/2013 |
| | | Claims Bar Date: | 08/01/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Reassure America, xx0617, life policy (Pursuant to Judgment for Dissolution of Marriage, pledged for children's college expenses) | $29,539.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Order approving settlement and compromise 6/07/2013,Reassure #E00617 deemed exempt. | | | | | |
| 14 | Homeowner's policy | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Auto policy | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Health policy | $0.00 | $0.00 | | $0.00 | FA |
| 17 | group term life insurance, Lincoln Life | $0.00 | $0.00 | | $0.00 | FA |
| 18 | American Funds, 529 plans-college america | $1,842.00 | $0.00 | | $0.00 | FA |
| 19 | IRA, Transamerica, xxxxx3LK8 | $10,561.00 | $0.00 | | $0.00 | FA |
| 20 | Lincoln Life 401(k) & MPP | $5,331.00 | $0.00 | | $0.00 | FA |
| 21 | SEP IRA, Lincoln Financial, xxxxx7154 | $543.00 | $0.00 | | $0.00 | FA |
| 22 | La Jolla Point Properties, LLC (100%), not in good standing | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Financial Strategies & Solutions Group (100%) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | beneficiary of spendthrift trust held at Northern Trust, acct.xxx6849, known as Betsy Tatlock Littlefield Trust | $0.00 | $0.00 | | $0.00 | FA |
| 25 | beneficiary of spendthrift trust held at Northern Trust, acct. xxx6535, known as Arthur S. Littlefield, Jr. 1999 Trust | $0.00 | $0.00 | | $0.00 | FA |
| 26 | beneficiary of spendthrift trust held at Northern Trust, acct. xxx3294, known as Arthur S. Littlefield, Jr. 1999 Trust | $0.00 | $0.00 | | $0.00 | FA |
| 27 | medical savings account reimbursement | $200.00 | $200.00 | | $0.00 | FA |
| 28 | commissions due from Lincoln National | $4,220.00 | $0.00 | | $0.00 | FA |
| 29 | securities license | $0.00 | $0.00 | | $0.00 | FA |
| 30 | insurance license | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Yamaha wave runners including 1995 Wave Venture, 1999 XL 760X & trailer items in possession of ex-wife & children | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 32 | 2001 Acura MDX | $16,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3          Exhibit A

| **Case No.:** | 12-50199-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | LITTLEFIELD, III, ARTHUR S. | **Date Filed (f) or Converted (c):** | 12/24/2012 (f) |
| **For the Period Ending:** | 10/21/2013 | **§341(a) Meeting Date:** | 02/05/2013 |
| | | **Claims Bar Date:** | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 33  wood desk, credenza, (8) file cabinets, (2) printers, t.v., (2) computer monitors, (2) fax machines, (2) chairs, (2) desk lamps, easel, misc office supplies & equipment, storage racks, phones | $1,170.00 | $1,170.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                   **Gross Value of Remaining Assets**
                                                    $503,085.97                $30,780.97                                    $21,097.01                $0.00

**Major Activities affecting case closing:**
   Settlement and Compromise re: cash value life insurance.
   Awaiting turnover of proceeds from property
   Proceeds received-Debtor responsible for taxes

**Initial Projected Date Of Final Report (TFR):**   06/30/2014          **Current Projected Date Of Final Report (TFR):**   06/30/2014        /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-50199-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9911 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2013 | (12) | Northwestern Mutual | SETTLEMENT PAYMENT | 1129-000 | $21,097.01 | | $21,097.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.09 | $21,095.92 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $36.23 | $21,059.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.69 | $21,029.00 |
| | | | TOTALS: | | $21,097.01 | $68.01 | $21,029.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $21,097.01 | $68.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $21,097.01 | $68.01 | |

**For the period of 12/24/2012 to 10/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/30/2013 to 10/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.                 | 12-50199-DRC           | Trustee Name:              | David E. Grochocinski |
|---|---|---|---|
| Case Name:               | LITTLEFIELD, III, ARTHUR S. | Bank Name:                 | Green Bank            |
| Primary Taxpayer ID #:   | **-***9911             | Checking Acct #:           | ******9901            |
| Co-Debtor Taxpayer ID #: |                        | Account Title:             |                       |
| For Period Beginning:    | 12/24/2012             | Blanket bond (per case limit): | $5,000,000.00     |
| For Period Ending:       | 10/21/2013             | Separate bond (if applicable): |                   |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|                    | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $21,097.01 | $68.01 | $21,029.00 |

**For the period of 12/24/2012 to 10/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/24/2012 to 10/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# CLAIM ANALYSIS REPORT

| Case No. | 12-50199-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | Date: | 10/21/2013 |
| Claims Bar Date: | 08/01/2013 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 08/12/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,859.70 | $2,859.70 | $0.00 | $0.00 | $0.00 | $2,859.70 |
| | INNOVALAW, PC<br><br>1900 Ravinia Palce<br>Orland Park IL 60462 | 10/21/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $27.72 | $27.72 | $27.72 | $0.00 | $0.00 | $0.00 | $27.72 |
| | INNOVALAW, PC<br><br>1900 Ravinia Palce<br>Orland Park IL 60462 | 10/21/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,397.50 | $3,397.50 | $3,397.50 | $0.00 | $0.00 | $0.00 | $3,397.50 |
| 1 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/14/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $2.28 | $2.28 | $0.00 | $0.00 | $0.00 | $2.28 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 05/20/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,356.00 | $1,356.00 | $0.00 | $0.00 | $0.00 | $1,356.00 |
| 1a | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,469.13 | $3,469.13 | $0.00 | $0.00 | $0.00 | $3,469.13 |
| 2 | FIRST NATIONAL BANK OF BROOKFIELD<br>The Collins Law Firm, PC<br>1770 N Park St, Ste 200<br>Naperville IL 60563 | 05/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $92,934.36 | $92,934.36 | $0.00 | $0.00 | $0.00 | $92,934.36 |

**Claim Notes:** (2-1) Guaranty of Commercial Loan

# CLAIM ANALYSIS REPORT

| Case No.        | 12-50199-DRC           | Trustee Name: | David E. Grochocinski |
|-----------------|------------------------|---------------|------------------------|
| Case Name:      | LITTLEFIELD, III, ARTHUR S. | Date:    | 10/21/2013             |
| Claims Bar Date:| 08/01/2013             |               |                        |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 05/20/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $291.00 | $291.00 | $0.00 | $0.00 | $0.00 | $291.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 07/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,927.28 | $23,927.28 | $0.00 | $0.00 | $0.00 | $23,927.28 |

**Claim Notes:** (4-1) CREDIT CARD DEBT

|  |  |  |  |  |  | $128,264.97 | $128,264.97 | $0.00 | $0.00 | $0.00 | $128,264.97 |
|---|---|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT

| | |
|---|---|
| **Case No.** 12-50199-DRC | **Trustee Name:** David E. Grochocinski |
| **Case Name:** LITTLEFIELD, III, ARTHUR S. | **Date:** 10/21/2013 |
| **Claims Bar Date:** 08/01/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $27.72 | $27.72 | $0.00 | $0.00 | $0.00 | $27.72 |
| Attorney for Trustee Fees (Trustee Firm) | $3,397.50 | $3,397.50 | $0.00 | $0.00 | $0.00 | $3,397.50 |
| Claims of Governmental Units | $1,358.28 | $1,358.28 | $0.00 | $0.00 | $0.00 | $1,358.28 |
| General Unsecured § 726(a)(2) | $120,621.77 | $120,621.77 | $0.00 | $0.00 | $0.00 | $120,621.77 |
| Trustee Compensation | $2,859.70 | $2,859.70 | $0.00 | $0.00 | $0.00 | $2,859.70 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       12-50199
Case Name:      ARTHUR S. LITTLEFIELD, III
Trustee Name:   David E. Grochocinski

                                           Balance on hand:           $21,029.00

Claims of secured creditors will be paid as follows: NONE

                            Total to be paid to secured creditors:         $0.00
                                              Remaining balance:      $21,029.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,859.70 | $0.00 | $2,859.70 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,397.50 | $0.00 | $3,397.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $27.72 | $0.00 | $27.72 |

                Total to be paid for chapter 7 administrative expenses:     $6,284.92
                                              Remaining balance:           $14,744.08

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

              Total to be paid to prior chapter administrative expenses:       $0.00
                                              Remaining balance:           $14,744.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,358.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | $2.28 | $0.00 | $2.28 |

**UST Form 101-7-TFR (5/1/2011)**

<8n>

| | | | | |
|---|---|---:|---:|---:|
| 3 | Illinois Department of Revenue | $1,356.00 | $0.00 | $1,356.00 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $1,358.28 |
| Remaining balance: | $13,385.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $120,621.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | Internal Revenue Service | $3,469.13 | $0.00 | $384.98 |
| 2 | First National Bank of Brookfield | $92,934.36 | $0.00 | $10,313.24 |
| 3a | Illinois Department of Revenue | $291.00 | $0.00 | $32.29 |
| 4 | American Express Centurion Bank | $23,927.28 | $0.00 | $2,655.29 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $13,385.80 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**