# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-50199 |
| | § | |
| ARTHUR S. LITTLEFIELD, III | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30A.M. on December 13, 2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/08/2013      By: /s/ David E. Grochocinski
                                  (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-50199 |
| | § | |
| ARTHUR S. LITTLEFIELD, III | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $21,097.01
*and approved disbursements of*        $68.01
*leaving a balance on hand of*[1] :        $21,029.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:        $21,029.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,859.70 | $0.00 | $2,859.70 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,397.50 | $0.00 | $3,397.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $27.72 | $0.00 | $27.72 |

Total to be paid for chapter 7 administrative expenses:        $6,284.92
Remaining balance:        $14,744.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $14,744.08

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,358.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $2.28 | $0.00 | $2.28 |
| 3 | Illinois Department of Revenue | $1,356.00 | $0.00 | $1,356.00 |

Total to be paid to priority claims:  $1,358.28
Remaining balance:  $13,385.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $120,621.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $3,469.13 | $0.00 | $384.98 |
| 2 | First National Bank of Brookfield | $92,934.36 | $0.00 | $10,313.24 |
| 3a | Illinois Department of Revenue | $291.00 | $0.00 | $32.29 |
| 4 | American Express Centurion Bank | $23,927.28 | $0.00 | $2,655.29 |

Total to be paid to timely general unsecured claims:  $13,385.80
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 12-50199-DRC
Arthur S. Littlefield, III                                          Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox              Page 1 of 2            Date Rcvd: Nov 12, 2013
                              Form ID: pdf006         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
db           +Arthur S. Littlefield, III,    1212 Banbury Circle,    Naperville, IL 60540-6916
aty          +InnovaLaw, P.C.,    1900 Ravinia Place,    Orland Park, IL 60462-3760
19850055      ARS National Services, Inc.,    P.O. Box 469100,    Escondido, CA 92046-9100
19850052      American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
19850051      American Express,    Box 0001,    Los Angeles, CA 90096-8000
20699014      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19850053      American Express/Bloomingdale,     P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
19850054     +American Express/Bloomingdale,     P.O. Box 8218,    Mason, OH 45040-8218
19850056      Bank of America,    P.O. Box 650225,    Dallas, TX 75265-0225
19850058     +Bank of America, N.A.,     450 American Street,    #SV 416,    Simi Valley, CA 93065-6285
19850057     +Bank of America, N.A.,     450 American Street,    #SV416,    Simi Valley, CA 93065-6285
19850059     +Cecelia Littlefield,    224 Grant Village,    Hinsdale, IL 60521-4913
19850060     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19850061      Chase,    Cardmember Service,    PO BOX 15153,    Wilmington, DE 19886-5153
19850062      Chase Auto Finance,    P.O. Box 9001801,    Louisville, KY 40290-1801
19850065     +CitiBank Mastercard,    P. O. Box 183037,    Columbus, OH 43218-3037
19850064     +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
19850066      Citibank/Great Indoors,    P.O. Box 183082,    Columbus, OH 43218-3082
19850067     +Citibank/Great Indoors,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
19850068     +E.H. Niepoth & Sons,    6805 Bellaire Highway,    Bellaire, MI 49615-9680
19850069     +First National Bank of Brookfield,     The Collins Law Firm, PC,    1770 N Park St, Ste 200,
               Naperville, IL 60563-5432
19850070    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Dept. of Revenue,     P. O. Box 19043,
               Springfield, IL 62794-9043)
20501243      Illinois Department of Revenue,     Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
19850074     +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
19850075     +Northland Group,    P.O. Box 390905,    Edina, MN 55439-0905
19967754      Pratt County Treasurer,    PO Box 905,    Pratt, KS 67124-0905
19967755     +Restyle,    1266 East Chicago,    Naperville, IL 60540-5612
19850076     +The Collins Law Firm, P.C.,    1770 Park Street,    Suite 200,    Naperville, IL 60563-5432
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19850063     +E-mail/Text: bk.notifications@jpmchase.com Nov 13 2013 02:36:13      Chase Auto Finance,
               P.O. Box 901076,    Fort Worth, TX 76101-2076
19850071      E-mail/Text: cio.bncmail@irs.gov Nov 13 2013 02:35:49     Internal Revenue Service,
               Dept. of the Treasury,    Cincinnati, OH 45999-0030
19850072      E-mail/Text: cio.bncmail@irs.gov Nov 13 2013 02:35:49     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
19850073      E-mail/Text: cio.bncmail@irs.gov Nov 13 2013 02:35:49     Internal Revenue Service,
               PO Box 804527,    Cincinnati, OH 45280-4527
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: acox                  Page 2 of 2                   Date Rcvd: Nov 12, 2013
                               Form ID: pdf006             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
          Joel A Schechter, ESQ    on behalf of Debtor Arthur S. Littlefield, III joelschechter@covad.net
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Megan A Drefchinski    on behalf of Creditor    First National Bank of Brookfield
           mdrefchinski@collinslaw.com,   ktaylor@collinslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 6