UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-50199 |
|---|---|---|
| | § | |
| ARTHUR S. LITTLEFIELD, III | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $408,725.97 | Assets Exempt: | $94,360.00 |
| Total Distributions to Claimants: | $14,744.08 | Claims Discharged Without Payment: | $107,235.97 |
| Total Expenses of Administration: | $6,352.93 | | |

3) Total gross receipts of $21,097.01 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $21,097.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,352.93 | $6,352.93 | $6,352.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,358.28 | $1,358.28 | $1,358.28 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $120,621.77 | $120,621.77 | $13,385.80 |
| **Total Disbursements** | $0.00 | $128,332.98 | $128,332.98 | $21,097.01 |

4). This case was originally filed under chapter 7 on 12/24/2012. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2014       By:   /s/ David E. Grochocinski
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Northwestern Mutual Life, xxxx6654, life policy, (Pursuant to Judgment for Dissolution of Marriage, pledged for children | 1129-000 | $21,097.01 |
| **TOTAL GROSS RECEIPTS** | | $21,097.01 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,859.70 | $2,859.70 | $2,859.70 |
| Green Bank | 2600-000 | NA | $68.01 | $68.01 | $68.01 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $3,397.50 | $3,397.50 | $3,397.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $27.72 | $27.72 | $27.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,352.93 | $6,352.93 | $6,352.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $2.28 | $2.28 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 1; Internal Revenue Service) | 5800-001 | $0.00 | $0.00 | $0.00 | $2.28 |
| 3 | Illinois Department of Revenue | 5800-000 | $0.00 | $1,356.00 | $1,356.00 | $1,356.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,358.28 | $1,358.28 | $1,358.28 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $3,469.13 | $3,469.13 | $384.98 |
| 2 | First National Bank of Brookfield | 7100-000 | $0.00 | $92,934.36 | $92,934.36 | $10,313.24 |
| 3a | Illinois Department of Revenue | 7100-000 | $0.00 | $291.00 | $291.00 | $32.29 |
| 4 | American Express Centurion Bank | 7100-000 | $0.00 | $23,927.28 | $23,927.28 | $2,655.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $120,621.77 | $120,621.77 | $13,385.80 |

**UST Form 101-7-TDR (10/1/2010)**

Case 12-50199   Doc 53   Filed 04/11/14   Entered 04/11/14 12:20:51   Desc Main
Document   Page 5 of 10

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 12-50199-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | LITTLEFIELD, III, ARTHUR S. | | | Date Filed (f) or Converted (c): | 12/24/2012 (f) |
| For the Period Ending: | 3/19/2014 | | | §341(a) Meeting Date: | 02/05/2013 |
| | | | | Claims Bar Date: | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1212 Banbury Circle Naperville, IL 60540 | $400,000.00 | $20,655.00 | | $0.00 | FA |
| 2  Cash on hand | $300.00 | $0.00 | | $0.00 | FA |
| 3  Naperville Bank & Trust, checking, xxxxxx6421 | $65.97 | $65.97 | | $0.00 | FA |
| 4  (3) televisions, (2) dvd players, (2) tv stands, coolers, outdoor furniture, storage racks, King bed, dresser, nite stands, bookshelf, recliner, pants press, (3) twin beds, (2) dressers, (2) nite stands, floor lamps, couch, (2) side chairs, (2) pull-up chairs, coffee table, (2) end tables, (2) lamps, (3) chinese hangings, table, lamp, mirror, dining room table + chairs, breakfront, roll top desk, misc rugs, pots, pans, kitchen utensils, stereo, couch & love seat, refrigerator, dishwasher, stove, microwave, washer, dryer, snowblower, lawnmower, wheelbarrow, generator, banquet tables, deck construction equipment, patio furniture, bird feeders, giant ladder | $4,710.00 | $2,010.00 | | $0.00 | FA |
| 5  misc books, oil painting, misc artwork, glass, misc Baccarat Crystal pieces, autographed hockey jerseys (Steve Yzerman, Wayne Gretzky, Paul Coffey) | $2,265.00 | $1,265.00 | | $0.00 | FA |
| 6  necessary wearing apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 7  2 watches, misc cufflinks | $200.00 | $200.00 | | $0.00 | FA |
| 8  misc Christmas decorations | $970.00 | $970.00 | | $0.00 | FA |
| 9  golf clubs | $75.00 | $75.00 | | $0.00 | FA |
| 10  misc handguns, shotguns, gun safe | $850.00 | $850.00 | | $0.00 | FA |
| 11  stairmaster, treadmill, free weights | $320.00 | $320.00 | | $0.00 | FA |
| 12  Northwestern Mutual Life, xxxx6654, life policy, (Pursuant to Judgment for Dissolution of Marriage, pledged for children's college expenses) | $19,424.00 | $0.00 | | $21,097.01 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 12-50199-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | Date Filed (f) or Converted (c): | 12/24/2012 (f) |
| For the Period Ending: | 3/19/2014 | §341(a) Meeting Date: | 02/05/2013 |
| | | Claims Bar Date: | 08/01/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Reassure America, xx0617, life policy (Pursuant to Judgment for Dissolution of Marriage, pledged for children's college expenses) | $29,539.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Order approving settlement and compromise 6/07/2013, Reassure #E00617 deemed exempt. | | | | | |
| 14 | Homeowner's policy | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Auto policy | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Health policy | $0.00 | $0.00 | | $0.00 | FA |
| 17 | group term life insurance, Lincoln Life | $0.00 | $0.00 | | $0.00 | FA |
| 18 | American Funds, 529 plans-college america | $1,842.00 | $0.00 | | $0.00 | FA |
| 19 | IRA, Transamerica, xxxxx3LK8 | $10,561.00 | $0.00 | | $0.00 | FA |
| 20 | Lincoln Life 401(k) & MPP | $5,331.00 | $0.00 | | $0.00 | FA |
| 21 | SEP IRA, Lincoln Financial, xxxxx7154 | $543.00 | $0.00 | | $0.00 | FA |
| 22 | La Jolla Point Properties, LLC (100%), not in good standing | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Financial Strategies & Solutions Group (100%) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | beneficiary of spendthrift trust held at Northern Trust, acct.xxx6849, known as Betsy Tatlock Littlefield Trust | $0.00 | $0.00 | | $0.00 | FA |
| 25 | beneficiary of spendthrift trust held at Northern Trust, acct. xxx6535, known as Arthur S. Littlefield, Jr. 1999 Trust | $0.00 | $0.00 | | $0.00 | FA |
| 26 | beneficiary of spendthrift trust held at Northern Trust, acct. xxx3294, known as Arthur S. Littlefield, Jr. 1999 Trust | $0.00 | $0.00 | | $0.00 | FA |
| 27 | medical savings account reimbursement | $200.00 | $200.00 | | $0.00 | FA |
| 28 | commissions due from Lincoln National | $4,220.00 | $0.00 | | $0.00 | FA |
| 29 | securities license | $0.00 | $0.00 | | $0.00 | FA |
| 30 | insurance license | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Yamaha wave runners including 1995 Wave Venture, 1999 XL 760X & trailer items in possession of ex-wife & children | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 32 | 2001 Acura MDX | $16,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| **Case No.:** | 12-50199-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | LITTLEFIELD, III, ARTHUR S. | **Date Filed (f) or Converted (c):** | 12/24/2012 (f) |
| **For the Period Ending:** | 3/19/2014 | **§341(a) Meeting Date:** | 02/05/2013 |
| | | **Claims Bar Date:** | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 33  wood desk, credenza, (8) file cabinets, (2) printers, t.v., (2) computer monitors, (2) fax machines, (2) chairs, (2) desk lamps, easel, misc office supplies & equipment, storage racks, phones | $1,170.00 | $1,170.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**
$503,085.97     $30,780.97        $21,097.01        $0.00

**Major Activities affecting case closing:**
  Settlement and Compromise re: cash value life insurance.
  Awaiting turnover of proceeds from property
  Proceeds received-Debtor responsible for taxes
  Final hearing 12/13/2013
  Distribution made 12/15/2103
  Waiting for checks to clear 3/15/2014

**Initial Projected Date Of Final Report (TFR):**   06/30/2014     **Current Projected Date Of Final Report (TFR):**   06/30/2014     /s/ DAVID E. GROCHOCINSKI
                                                                                                                                        DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No. | 12-50199-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9911 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/24/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2013 | (12) | Northwestern Mutual | SETTLEMENT PAYMENT | 1129-000 | $21,097.01 | | $21,097.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.09 | $21,095.92 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $36.23 | $21,059.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.69 | $21,029.00 |
| 12/15/2013 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,859.70 | $18,169.30 |
| 12/15/2013 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $3,397.50 | $14,771.80 |
| 12/15/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $27.72 | $14,744.08 |
| 12/15/2013 | 3004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.28 | $14,741.80 |
| | | | Claim Amount $(2.28) | 5800-001 | | | $14,741.80 |
| 12/15/2013 | 3005 | Illinois Department of Revenue | Distribution on Claim #: 3; | 5800-000 | | $1,356.00 | $13,385.80 |
| 12/15/2013 | 3006 | Internal Revenue Service | Distribution on Claim #: 1; | 7100-000 | | $384.98 | $13,000.82 |
| 12/15/2013 | 3007 | First National Bank of Brookfield | Distribution on Claim #: 2; | 7100-000 | | $10,313.24 | $2,687.58 |
| 12/15/2013 | 3008 | Illinois Department of Revenue | Distribution on Claim #: 3; | 7100-000 | | $32.29 | $2,655.29 |
| 12/15/2013 | 3009 | American Express Centurion Bank | Distribution on Claim #: 4; | 7100-000 | | $2,655.29 | $0.00 |

**SUBTOTALS**    $21,097.01    $21,097.01

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-50199-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9911 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $21,097.01 | $21,097.01 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $21,097.01 | $21,097.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $21,097.01 | $21,097.01 | |

**For the period of 12/24/2012 to 3/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21,097.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,097.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/30/2013 to 3/19/2014**

| | |
|---|---|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21,097.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,097.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No. | 12-50199-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | LITTLEFIELD, III, ARTHUR S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9911 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $21,097.01 | $21,097.01 | $0.00 |

**For the period of 12/24/2012 to 3/19/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21,097.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,097.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/24/2012 to 3/19/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $21,097.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,097.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21,097.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,097.01 |
| Total Internal/Transfer Disbursements: | $0.00 |